UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MILTON E. RUIZ

Case No.: 18-19550-JKS  
Chapter: 7  
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_David Wolff_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court  
50 Walnut Street  
3rd Floor  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _John K. Sherwood_ on _July 24, 2018_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3D_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property (vacant lots) located at Funstead Site Number 336 and 337 in Glen 9, Township of Lehigh, County of Wayne, Pennsylvania

Value: $4,500.00

Liens on property:

N/A

$4,500.00

Amount of equity claimed as exempt:

$2,250

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee  
Address: 396 Route 34, Matawan, New Jersey 07747  
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19550-JKS
Milton E Ruiz                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 21, 2018
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db           +Milton E Ruiz,   180 Franklin Street,   Bloomfield, NJ 07003-4876
cr           +THE BANK OF NEW YORK MELLON,   4375 Jutland Drive, Ste 200,   PO Box 17933,
               San Diego, CA 92177-7921
517523695    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank of America,   Po Box 982238,   El Paso, TX 79998-2235)
517523703     Home Depot,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
517523694    +T-Mobile,   Amsher Collection Services,   4524 South Lake Parkway, Ste 15,
               Hoover, Al 35244-3271
517523700    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp.,   5005 N River Blvd NE,
               Cedar rapids, IA 52411-6634)
517523702    +WFFNB/Bobs Discount Furniture,   CSCL DSP TNM MAC N8235-04M,   PO BOX 14517,
               Des Moines, IA 50306-3517
517523701    +Wells Fargo National Bank,   Westlake Financial Service,   4751 Willshire Blvd, Ste 100,
               Los Angeles, CA 90010-3847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:27:43
               Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517523697     E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:21      SYNCB/ Sony Financial,
               Po Box 965036,   Orlando, FL 32896-5036
517523696     E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:51      SYNCB/Amazon PLCC,
               Po Box 965015,   Orlando, FL 32896-5015
517523698     E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:27:42      SYNCB/Wal-Mart,   PO Box 965024,
               Orlando, FL 32896-5024
517526243    +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:27:52      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517523699*     SYNCB/Wal-Mart,   PO Box 965024,   Orlando, FL 32896-5024
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
```
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E.  Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paul   Gauer    on behalf of Debtor Milton E Ruiz gauerlaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```