**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Milton E Ruiz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3660<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–19550–JKS | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Milton E Ruiz

8/10/18                                                         **By the court:**   John K. Sherwood
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Milton E Ruiz  
    Debtor

Case No. 18-19550-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 10, 2018  
                    Form ID: 318    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.

```
db             +Milton E Ruiz,    180 Franklin Street,    Bloomfield, NJ 07003-4876
cr             +THE BANK OF NEW YORK MELLON,    4375 Jutland Drive, Ste 200,    PO Box 17933,
                 San Diego, CA 92177-7921
517523694      +T-Mobile,    Amsher Collection Services,    4524 South Lake Parkway, Ste 15,
                 Hoover, Al 35244-3271
517523701      +Wells Fargo National Bank,    Westlake Financial Service,    4751 Willshire Blvd, Ste 100,
                 Los Angeles, CA 90010-3847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2018 22:39:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2018 22:39:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 11 2018 02:33:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
517523695       EDI: BANKAMER.COM Aug 11 2018 02:33:00      Bank of America,    Po Box 982238,
                 El Paso, TX 79998-2235
517523703       EDI: CITICORP.COM Aug 11 2018 02:33:00      Home Depot,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
517523697       EDI: RMSC.COM Aug 11 2018 02:33:00      SYNCB/ Sony Financial,    Po Box 965036,
                 Orlando, FL 32896-5036
517523696       EDI: RMSC.COM Aug 11 2018 02:33:00      SYNCB/Amazon PLCC,    Po Box 965015,
                 Orlando, FL 32896-5015
517523698       EDI: RMSC.COM Aug 11 2018 02:33:00      SYNCB/Wal-Mart,    PO Box 965024,
                 Orlando, FL 32896-5024
517526243      +EDI: RMSC.COM Aug 11 2018 02:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517523700       EDI: TFSR.COM Aug 11 2018 02:33:00      Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                 Cedar rapids, IA 52411-6634
517523702      +EDI: WFFC.COM Aug 11 2018 02:33:00      WFFNB/Bobs Discount Furniture,
                 CSCL DSP TNM MAC N8235-04M,    PO BOX 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
517523699*      SYNCB/Wal-Mart,    PO Box 965024,    Orlando, FL 32896-5024
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

```
              David  Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paul  Gauer     on behalf of Debtor Milton E Ruiz gauerlaw@aol.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```